UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Kafil Hamim Quaiyum Tunsill,                               Case No. 25-40091

    Debtor.

_____

Kafil Hamim Quaiyum Tunsill, Trustee, for Tunsill Revocable Living Trust,

    Plaintiff,

v.                                                         Adversary Case No. 25-4005

United States Bankruptcy Court Northern District of Florida, et al.,

    Defendants.

### AMENDED ORDER DENYING MOTION FOR LEAVE (DOC. 16) AND CAUTIONING DEBTOR THAT COURT MAY DISMISS CASE (TO CORRECT DIVISION ONLY)

    The plaintiff filed this adversary proceeding, case 25-4005, on June 9, 2025. A summons was issued that same day, but the plaintiff has not served the defendants with a copy of the summons and complaint.

    Under Federal Rule of Bankruptcy Procedure 7004(e), a plaintiff must serve the summons and complaint "within 7 days after the summons is issued." But "[i]f a summons is not timely delivered or mailed, a new summons *must* be issued." (Emphasis added). The language of the Rule is mandatory.

    The court thus denies the plaintiff's "motion for leave to serve summons out of time." The plaintiff must obtain a new summons from the court by requesting an alias summons and then serve the defendants within 7 days of its issuance.

2

By separate order, the court has set the initial scheduling conference in this case for September 8, 2025. If the plaintiff has not properly served the defendants before that date, the court may dismiss this adversary proceeding on September 8 for lack of prosecution.

Dated: July 10, 2025

_____
HENRY A. CALLAWAY
U.S. BANKRUPTCY JUDGE