UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Kafil Hamim Quaiyum Tunsill,                                              Case No. 25-40091

    Debtor.

_____

Kafil Hamim Quaiyum Tunsill, Trustee, for Tunsill Revocable Living Trust,

    Plaintiff,

v.                                                                                         Adversary Case No. 25-4005

United States Bankruptcy Court Northern District of Florida, et al.,

    Defendants.

## ORDER DENYING MOTION FOR LEAVE (DOC. 34)

The plaintiff filed this adversary proceeding, case 25-4005, on June 9, 2025. A summons was issued that same day, but the plaintiff has not served the defendants with a copy of the summons and complaint. On July 10, 2025, the plaintiff filed a "motion for leave to serve summons out of time" (doc. 34). The motion appears to be a duplicate of an earlier motion (doc. 16) and the court denies the motion for the same reason as previously stated in its order (doc. 33). The plaintiff must obtain a new summons from the court by requesting an alias summons and then serve the defendants within 7 days of its issuance.

Dated: July 10, 2025

                                                              HENRY A. CALLAWAY
                                                              U.S. BANKRUPTCY JUDGE